IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GRANITE RE, INC.     PLAINTIFF

VS.     NO. 4:21-cv-00799-BRW

KABEC L.L.C. D/B/A KABEC,
LLC, BILLY PEARSON AND
REBECCA PEARSON     DEFENDANTS

## CONSENT JUDGMENT

On this date, Defendants, Kabec L.L.C. d/b/a Kabec, LLC, Billy Pearson and Rebecca Pearson, appeared before this Court by their approval of this Consent Judgment to announce their intention to confess and consent to the entry of judgment as set forth herein. Accordingly, the Court finds and orders as follows:

1. This Court has jurisdiction over the subject matter of, and parties to, this action, and venue is proper.

2. Defendants, Kabec L.L.C. d/b/a Kabec, LLC, Billy Pearson and Rebecca Pearson, have consented to entry of judgment against them, jointly and severally, in the amount of $499,044.39. Plaintiff and Defendants have agreed to bear their own costs and attorney's fees.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED that Plaintiff, Granite Re, Inc., should be, and is hereby, awarded judgment against Defendants, Kabec L.L.C. d/b/a Kabec, LLC, Billy Pearson and Rebecca Pearson, jointly and severally, in the amount of $499,044.39, with post-judgment interest to accrue at the rate of 3.26% per annum.

IT IS FURTHER ORDERED, that Plaintiff and Defendants shall each bear their own costs and attorney's fees.

                                            BILLY ROY WILSON
                                   UNITED STATES DISTRICT JUDGE

DATE: 09/13/2022

PRECEDENT PREPARED
AND APPROVED BY:

David A. Grace
State Bar No. 76-044
HARDIN & GRACE, P.A.
Attorneys for Granite Re, Inc.
500 Main Street, Suite A (72114)
P.O. Box 5851
North Little Rock, AR 72119-5851
Telephone:  (501) 378-7900
Facsimile:  (501) 376-6337
Email:  dgrace@hardingrace.com


APPROVED BY:

Kevin P. Keech
State Bar No. 98-147
KEECH LAW FIRM, P.A.
Attorneys for Kabec Defendants
2011 South Broadway Street
Little Rock, AR 72206
Telephone:  (501) 221-3200
Facsimile:  (501) 221-3201
Email:  kkeech@keechlawfirm.com